DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**LLOYD OLIVER HUNT,**
Appellant,

v.

**STATE FARM FLORIDA INSURANCE COMPANY,**
Appellee.

No. 4D2023-0114

[February 14, 2024]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Hon. Jeffrey R. Levenson, Judge; L.T. Case No. CACE10-42215.

Morgan Lyle Weinstein, Gregory C. Ward, Twig, Trade, & Tribunal, PLLC, Fort Lauderdale, for appellant.

Elizabeth K. Russo of Russo Appellate Firm, P.A., Miami, and Butler Weihmuller Katz Craig, LLP, Tampa, for appellee.

PER CURIAM.

*Affirmed. See Arce v. Wackenhut Corp.*, 146 So. 3d 1236, 1241 (Fla. 3d DCA 2014).

KLINGENSMITH, C.J., GROSS and CONNER, JJ., concur.

\* \* \*

*Not final until disposition of timely filed motion for rehearing.*